Decided February 16, 1994

STATE OF CONNECTICUT *v.* THOMAS BUSH

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 253 (AC 11264), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Neal Cone,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided February 16, 1994

BERDON, J., dissenting. I would grant the defendant's petition for certification.